UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

- v. -

ERIC Q. WASHINGTON,

        Defendant.

- - - - - - - - - - - - - - - - x

INDICTMENT

12 Cr.

**JUDGE FURMAN**

**12 CRIM 638**

The Grand Jury charges:

<u>COUNT ONE</u>

1. On or about July 31, 2012, in the Southern District of New York, ERIC Q. WASHINGTON, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit, an AA Arms Model AP9 9mm pistol, which had previously been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____
FOREPERSON

_____
PREET BHARARA
United States Attorney

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: AUG 20 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ERIC Q. WASHINGTON,

Defendant.

INDICTMENT

12 Cr.

(18 U.S.C. § 922(g)(1))


_____
           PREET BHARARA
       United States Attorney.

A TRUE BILL

*Michael Trill* (signature)
_____
                    Foreperson.

8/20/12 - Filed Indictment
de    Case assigned to Judge Furman,
                    Judge for
                    USMJ